UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vladimir A. Barkhudarov,

    Plaintiff,

v.

Fairview Health Services,

    Defendant.

ORDER
Civil No. 10-3352

_____

Plaintiff has been granted leave to proceed *in forma pauperis* in this matter pursuant to 28 U.S.C. § 1915. Defendant has moved to dismiss this action and oral argument is scheduled for Wednesday, November 24, 2010. Plaintiff has requested that the Court provide him a Russian interpreter, as English is his second language.

While Section 1915 allows certain private litigants the right to proceed with the prepayment of fees or security, such statute does not excuse a private litigant from paying costs associated with an interpreter. Sayed v. Proffitt, Civil No. 09-869, 2010 WL 1687897, at *1 (D. Colo. April 21, 2010). See also, Herrara v. Zavares, Civil No. 09-1229, 2010 WL 3853312 (D. Colo. Sept. 28, 2010); In re Morrison, 22 B.R. 969 (N. D. Ohio 1982) (finding no constitutional right to

1

interpreter services in bankruptcy proceeding, nor entitlement to such services pursuant to the Court Interpreters Act).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Letter Request for Court Provided Interpretive Services is DENIED.

Date: November 16, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court